UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERSON A. McGEE, | No. 2:16-cv-1796-JAM-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

On August 10, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed August 10, 2016, are ADOPTED; and
2. Plaintiff's motion for injunctive relief (ECF No. 5) is denied.

DATED: August 31, 2016

<u>John A. Mendez</u>
UNITED STATES DISTRICT COURT JUDGE